UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kevin J Anderson, *et al.*,

    Plaintiffs,

v.                                          Case No. 2:15–cv–1030

City of Columbus, *et al.*,                Judge Michael H. Watson

    Defendants.

## ORDER

On February 4, 2016, Magistrate Judge Deavers issued a report and recommendation ("R&R") regarding Kim Laurell's and Esther Laurell's motion to remand. R&R, ECF No. 27. Magistrate Judge Deavers recommended the motion be denied without prejudice to consideration of the motion to remand filed in Case No. 2:15–cv–2993 . *Id.* at 2.

Magistrate Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* at 2–3.

The deadline for filing such objections has passed, and no objections were filed. Accordingly, the R&R is **ADOPTED**, and the motion to remand is denied.

IT IS SO ORDERED.

                                               /s/ Michael H. Watson
                                               MICHAEL H. WATSON, JUDGE
                                               UNITED STATES DISTRICT COURT